

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2015

No. 04-15-00389-CV

**IN RE** Eduardo **LAGUERRE**,
Ralina Cardona, Aureo Cardona and Ray Mancera

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Jason Pulliam, Justice

On June 29, 2015, relators filed a petition for writ of mandamus. The court has considered relators' petition and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

Relator's request for leave to file the petition for writ of mandamus is DENIED AS MOOT. Relator's request for temporary relief is DENIED.

It is so **ORDERED** on July 2, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-11299, styled *Elia Mendoza and Rosa Rosales, Individually and as members of the League of United Latin American Citizens (LULAC) v. Eduardo LaGuerre, Magdalena Rivera, Ralina Cardona, Baldomero Garza, Ray Mancera, Aureo Cardona and other un-named Defendants*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.